IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GLENDA BOWIE AND CURTIS BOWIE**                                    PLAINTIFFS

v.                              Case No.: 4:21-cv-00176

**MARY LABUA, aka MARY E. WILSON, and
DOLGENCORP, LLC**                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that (1) all claims against Ms. Labua are dismissed without prejudice, and (2) judgment is entered in favor of Dolgencorp on all claims against it.

IT IS SO ADJUDGED this 22nd day of July 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE